# FINANCIAL DISCLOSURE REPORT
## NOMINATION

Report Required by the Ethics in Government Act of 1978, Pub. L. No. (5 U.S.C.A. App. 6, 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cole, Jr., Ransey G. | Vorys, Sater, Seymour & Pease | 07/05/95 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Attorney (Partner) | _X_ Nomination, Date 06/29/95  ___ Initial ___ Annual ___ Final | 01/01/94 - 12/31/94 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 52 East Gay Street  P.O. Box 1008  Columbus, Ohio 43216-1008 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |

See Attachment I to Item I. _____

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1994 | Vorys, Sater, Seymour and Pease—income as partner | $ 256982.00 |
| 1994 | Self-employed (textile supply)—(S) | $ 0.00 |
| 1993 | Vorys, Sater, Seymour and Pease—income as partner | $ 156269.00 |
| | | $ |
| | | $ |



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cole, Jr., Ransey G. | 07/05/95 |

**IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.**
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Cole, Jr., Ransey G. | 07/05/95 |

**VII. Page 1 INVESTMENTS and TRUSTS** — income, value, transactions    (includes those of spouse and dependent children. See pp. 37-54 of instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code (A-H) | B. (2) Type (div., rent or int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method (Q-U) | D. Transactions during reporting period (1) Type (buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Fidelity Magellan Fund-IRA | B | Divide | L | T | Exempt | | | | Exempt |
| 2 Fidelity Growth Fund-IRA | A | Divide | J | T | Exempt | | | | Exempt |
| 3 Neuberger & Berman - IRA | A | Divide | J | T | Exempt | | | | Exempt |
| 4 Fidelity Blue Chip Fund-IRA (transfer from Fidelity Growth) | A | Divide | J | T | Exempt | | | | Exempt |
| 5 Flex-Fund Money Market (J) | A | Divide | J | T | Exempt | | | | Exempt |
| 6 Fidelity Asset Manager | A | Divide | L | T | Exempt | | | | Exempt |
| 7 Montgomery Growth Fund | A | Divide | J | T | Exempt | | | | Exempt |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 Income Codes (See Col. B, #1) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 | E=$15,001 to $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Col. C1 & B3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 | |
| 3 Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | U=Book Value | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Cole, Jr., Ransey G. | Date of Report<br>07/05/95 |
|---|---|---|

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

None.

Digitized by Google